IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALICE BLANTON,

    Plaintiff,

v.                                              Case No. 1:19-cv-162-AW-HTC

ANDREW SAUL, Commissioner of
the Social Security Administration,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND AFFIRMING COMMISSIONER'S DECISION**

I have carefully considered the magistrate judge's January 12, 2021 Report and Recommendation, ECF No. 18, to which no objections have been filed. I now conclude that the Report and Recommendation should be approved, and it is adopted and incorporated by reference into this order. The clerk will enter a judgment that states "The decision of the Commissioner is affirmed." The clerk will then close the file.

SO ORDERED on February 15, 2021.

                                              s/ *Allen Winsor*
                                              United States District Judge